**Opinion issued October 1, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00435-CV

———————————

## DWD ENTREPRENEURS, LLC, Appellant

## V.

## RIGID GLOBAL BUILDINGS, LLC, Appellee

---

## On Appeal from the 127th District Court
## Harris County, Texas
## Trial Court Case No. 2019-37069

---

## MEMORANDUM OPINION

Appellant, DWD Entrepreneurs, LLC, has neither paid the required fees nor

established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP.

P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.851(b), 59.941(a),

101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the

Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On July 3, 2020, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was established, by August 3, 2020. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). On July 30, 2020, appellant was notified that this appeal was subject to dismissal if it did not respond by August 31, 2020. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Landau.